UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:    
    Daniel A Trahan  
    Lisa M Trahan  
         Debtor(s)

Case No. 14-36680

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/09/2014.

2) The plan was confirmed on 12/05/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 10/11/2017.

6) Number of months from filing to last payment: 36.

7) Number of months case was pending: 38.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $14,165.00.

10) Amount of unsecured claims discharged without payment: $58,858.82.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $7,258.03 |
| Less amount refunded to debtor | $58.03 |
| **NET RECEIPTS:** | **$7,200.00** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $327.26 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,327.26** |

Attorney fees paid and disclosed by debtor:   $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICREDIT FINANCIAL DBA GM | Unsecured | 5,000.00 | 7,580.60 | 7,580.60 | 267.65 | 0.00 |
| COMENITY BANK | Unsecured | 245.00 | 245.08 | 245.08 | 8.65 | 0.00 |
| CREDITORS COLLECTION BUREAU | Unsecured | 98.00 | 3,376.82 | 3,376.82 | 119.23 | 0.00 |
| DIRECTV | Unsecured | NA | 588.73 | 588.73 | 20.79 | 0.00 |
| ECMC | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| FED LOAN SERVICING | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HARPER COLLEGE | Unsecured | NA | 1,518.00 | 1,518.00 | 53.60 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | 144.00 | 224.36 | 224.36 | 7.92 | 0.00 |
| MIDWEST TITLE LOANS | Unsecured | NA | 638.01 | 638.01 | 22.53 | 0.00 |
| MIDWEST TITLE LOANS | Secured | 1,595.00 | 1,595.00 | 1,595.00 | 1,595.00 | 81.87 |
| PERSONAL FINANCE | Unsecured | 4,219.00 | 4,313.76 | 4,313.76 | 152.31 | 0.00 |
| PHEASANT LAKE ESTATES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 304.00 | 928.60 | 928.60 | 32.79 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 650.00 | 650.22 | 650.22 | 22.96 | 0.00 |
| QUANTUM3 GROUP | Unsecured | 676.00 | 676.55 | 676.55 | 23.89 | 0.00 |
| LIFE WATCH | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| LYNN G BROWN MD SC | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| MIRAMED REVENUE GROUP | Unsecured | 22.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS | Unsecured | 565.00 | NA | NA | 0.00 | 0.00 |
| OAKLAWN RADIOLOGY IMMAGING | Unsecured | 104.00 | NA | NA | 0.00 | 0.00 |
| OPEN MRI OF OLYMPIA FIELDS LLC | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| ORLAND PRIMARY CARE SPECIALIST | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| ORTHOPEDIC ASSOC KANKAKEE | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| PALOS COMMUNITY HOSPITAL | Unsecured | 279.00 | NA | NA | 0.00 | 0.00 |
| PALOS EMERGENCY MED SERVICES | Unsecured | 23.00 | NA | NA | 0.00 | 0.00 |
| FITNESS PREMIER OF MONTENO ME | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| FOTI CHRONOPOULOS MD SC | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| FRANCISCAN ALLIANCE | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| ADV CARDIO SRVS LTD | Unsecured | 59.00 | NA | NA | 0.00 | 0.00 |
| HARRIA & HARRIS LTD | Unsecured | 2,225.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS LTD | Unsecured | 1,034.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 410.00 | NA | NA | 0.00 | 0.00 |
| CONSULTANTS IN PATHOLOGY | Unsecured | 15.00 | NA | NA | 0.00 | 0.00 |
| CONVERGENT HEALTHCARE REC | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL ILL RADIOLOGICAL ASSOC | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 102.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 128.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 218.00 | NA | NA | 0.00 | 0.00 |
| BILL ME LATER | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| ANESTHESIA SERVICES OF DG LLC | Unsecured | 102.00 | NA | NA | 0.00 | 0.00 |
| CRICKET | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| CURT R LANG DDS | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| DR RAKESH K CHUGH | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| EMP OF COOK COUNTY | Unsecured | 240.00 | NA | NA | 0.00 | 0.00 |
| EPMG OF ILLINOIS SC | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| ER SOLUTIONS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| ESCALLATE LLC | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 41.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 638.00 | NA | NA | 0.00 | 0.00 |
| WEST ASSET MANAGEMENT INC | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| PEOF CLINICAL LABS LLC | Unsecured | 17.00 | NA | NA | 0.00 | 0.00 |
| RAINBOW COUNCIL | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| REPRODUCTIVE HEALTH SPECIALIST | Unsecured | 375.00 | NA | NA | 0.00 | 0.00 |
| RIVERSIDE HOSPITAL | Unsecured | 1,250.00 | NA | NA | 0.00 | 0.00 |
| RIVERSIDE MEDICAL CENTER | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| WESTWOOD OBSTETRICAS AND GYN | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST CREDIT SYSTEMS | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| TRUSTMARK RECOVERY SERVICES | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| SW NEURO CONSULTANTS PC | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| SUN LOAN COMPANY | Unsecured | 696.00 | NA | NA | 0.00 | 0.00 |
| SUN LOAN COMPANY | Unsecured | 560.00 | NA | NA | 0.00 | 0.00 |
| SUNRISE CREDIT SERVICES INC | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| SFC CENTRAL BANKRUPTCY | Unsecured | 2,000.00 | 1,017.00 | 1,017.00 | 35.91 | 0.00 |
| SFC CENTRAL BANKRUPTCY | Unsecured | 0.00 | 1,521.00 | 1,521.00 | 53.70 | 0.00 |
| SPRINT CORP | Unsecured | 0.00 | 1,306.64 | 1,306.64 | 46.13 | 0.00 |
| T MOBILE | Unsecured | 100.00 | 1,263.83 | 1,263.83 | 44.62 | 0.00 |
| T-H PROFESSIONAL & MEDICAL COL | Unsecured | 97.00 | 1,426.00 | 1,426.00 | 50.35 | 0.00 |
| THE SWISS COLONY | Unsecured | 586.00 | 586.93 | 586.93 | 20.72 | 0.00 |
| US CELLULAR | Unsecured | 520.00 | 531.25 | 531.25 | 18.76 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| VERIZON | Unsecured | 2,986.00 | 2,929.29 | 2,929.29 | 103.43 | 0.00 |
| WORLD ACCEPTANCE CORP | Unsecured | 1,100.00 | 1,218.14 | 1,218.14 | 43.01 | 0.00 |
| WORLD ACCEPTANCE CORP | Unsecured | 1,200.00 | 1,328.88 | 1,328.88 | 46.92 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $1,595.00 | $1,595.00 | $81.87 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$1,595.00** | **$1,595.00** | **$81.87** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$33,869.69** | **$1,195.87** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,327.26 |
| Disbursements to Creditors | $2,872.74 |
| **TOTAL DISBURSEMENTS :** | **$7,200.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/18/2017                By: /s/ Glenn Stearns
                                          Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**